IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:23CR3027 |
| vs. | |
| TOBIN R. SCHANEMAN, | ORDER |
| Defendant. | |

After conferring with counsel,

IT IS ORDERED:

1) Defendant's motion to continue the status conference, (Filing No. 29), is granted.

2) A status conference will be held before the undersigned magistrate judge at 10:30 a.m. on August 23, 2023 by telephone. All participants shall use the conferencing information provided by the court to participate in the call to discuss case progression and a potential trial setting. Counsel for the parties shall be present at the conference.

3) The court finds that the time between today's date and August 23, 2023 is excluded under the Speedy Trial Act because although counsel have been diligent, additional time is needed to adequately review this case and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

July 28, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge