IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TOBIN R. SCHANEMAN,<br><br>    Defendant. | 4:23CR3027<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) Defendant's unopposed e-mail motion to continue (filing no. 37), is granted.

2) The status conference will be held before the undersigned magistrate judge at 11:00 a.m. on November 15, 2023 in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska to discuss case progression and a potential trial setting. Defendant, defense counsel, and counsel for the government shall be present at the conference.

3) The court finds that the time between today's date and November 15, 2023 is excluded under the Speedy Trial Act because although counsel have been diligent, additional time is needed to adequately review this case and failing to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

October 19, 2023

                BY THE COURT:
                *s/ Cheryl R. Zwart*
                United States Magistrate Judge